### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| John Hancock Life Ins. Co. (U.S.A.), | ) | |
| Plaintiff, | ) | Case No: 1:17 CV 02923 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Linda F. Moon, | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

      The parties have filed an agreed motion for entry of a Consent Judgment [21] pursuant to their agreement to settle this matter. The proposal would enter judgment in the total amount of $118,468.25, set out a payment plan, and provide that each party shall bear their own costs and fees. In light of the parties' agreement, it is this Court's Report and Recommendation to the District Judge that the proposed Consent Judgment be entered and the case terminated. Any objection shall be filed by 11/8/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). The motion presentment set for 11/2/2017 is stricken.

Date: October 25, 2017                                                  /s/ Iain D. Johnston
                                                                                                            U.S. Magistrate Judge