**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| John Hancock Life Insurance Company, (U.S.A.), , <br><br>Plaintiff(s), <br><br>v. <br><br>Linda F. Moon, f/k/a Linda G. Mocco, <br><br>Defendant(s). | Case No. 17cv2923 <br>Judge Philip G. Reinhard |

## ORDER

On October 25, 2017, Magistrate Judge Johnston entered a report and recommendation [24] that the consent judgment [21] proposed by the parties pursuant to their settlement agreement be entered. No objection has been filed. The court has reviewed the record and accepts the report and recommendation. Consent judgment is entered. See Consent Judgment. This case is terminated.

Date: 11/13/2017

_____
Philip G. Reinhard, U.S. District Judge